1  Kevin L. Hernandez, Esq.
   Nevada Bar No. 12594
2  **LAW OFFICE OF KEVIN L. HERNANDEZ**
3  8872 S. Eastern Avenue, Suite 270
   Las Vegas, Nevada 89123
4  T: (702) 563-4450
   F: (702) 552-0408
5  kevin@kevinhernandezlaw.com
   *Attorney for Plaintiffs*
6

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

9  ALICIA WHITE, an individual,                    Case No.: 2:20-cv-00507-GMN-NJK
   CARMILLA WHITE, an individual;
10
                                  Plaintiffs,
11
      v.
12
                                                   **STIPULATION AND ORDER FOR
13 I.Q. DATA INTERNATIONAL, INC., a foreign         DISMISSAL OF DEFENDANT WITH
   corporation;                                    PREJUDICE**
14
                                  Defendant.
15

16      Plaintiffs, Alicia White and Carmilla White ("Plaintiffs"), and Defendant, I.Q. Data

17 International, Inc. ("I.Q. Data") (the "Parties") have resolved all claims, disputes, and differences

18 between the Parties.

19      Therefore, the Parties, by and through their respective attorneys of record, and subject to

20 the court's approval, respectfully request dismissal of the above-captioned matter with prejudice

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Page 1 of 2

under FRCP 41(a), with Plaintiffs and I.Q. Data bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: May 14, 2020

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

Dated: May 14, 2020

**GORDON REES SCULLY
MANSUKHANI LLP**

*/s/ Wing Yan Wong*
Wing Yan Wong, Esq.
Nevada Bar No. 13622
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
wwong@grsm.com
*Attorneys for Defendant I.Q. Data International, Inc.*

## ORDER

**IT IS HEREBY ORDERED** that the above Stipulation for Dismissal of Defendant with Prejudice, (ECF No. 6), is **GRANTED**.

**DATED** this 14 day of May, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT